THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS PUTNAM, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EWAN H. CLARK, Appellant.

*People* v. *Putnam*, 90 App. Div. 125, affirmed.
*People* v. *Clark*, 90 App. Div. 605, affirmed.
(Argued May 19, 1904; decided June 14, 1904.)

APPEALS from orders of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1904, which affirmed judgments of a Trial Term rendered upon verdicts convicting defendants of the crime of grand larceny in the first degree.

*Max D. Steuer* for appellants.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgments of conviction affirmed on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CUL-LEN and WERNER, JJ. Absent: HAIGHT, J.